DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. F 99-5468 OWW |
| ) | |
| Plaintiff, ) | **ORDER REDUCING SENTENCE PURSUANT** |
| ) | **TO 18 U.S.C. § 3582(c)(2)** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| JOSE LUIS RODRIGUEZ, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on February 14, 2008.  The motion was set for hearing on February 25, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

    The parties agree, and the Court finds, that Mr. Rodriguez is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 29 to 27.

    IT IS HEREBY ORDERED that, effective March 3, 2008, the term of imprisonment originally imposed is reduced to time served;

    IT IS FURTHER ORDERED that all other terms and provisions of the

original judgment remain in effect.

    Unless otherwise ordered, Mr. Rodriguez shall report to the United States Probation office closest to the release destination within seventy-two hours.

Dated: February 22, 2008

                                           /s/ OLIVER W. WANGER
                                           HONORABLE OLIVER W. WANGER
                                           United States District Judge